IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. SAEED MAHMOODIAN,<br><br>                      *Plaintiff,*<br><br>      v.<br><br>MANSOUREH PIRNIA, ET AL.,<br><br>                      *Defendants.* | CASE NO. 3:11-cv-00005<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

       This matter is before the Court on Plaintiff's Second Motion for Entry of Default and Default Judgment (docket no. 16).

       For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion is hereby GRANTED in part and DENIED in part.  The Clerk of the Court is hereby directed to enter Defendants' default in this matter.  The parties are hereby directed to contact the scheduling clerk to arrange for a hearing on the relief requested by Plaintiff.

       It is so ORDERED.

       The Clerk shall certify copies of this Order to the Defendants and all counsel of record.

       Entered this __30th__ day of September, 2011.

                                                    NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE