IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. SAEED MAHMOODIAN,<br><br>                    *Plaintiff,*<br><br>v.<br><br>MANSOUREH PIRNIA, ET AL.,<br><br>                    *Defendants.* | CASE NO. 3:11-cv-00005<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on a motion to set aside the entry of default filed by Defendants. For the reasons set forth in the accompanying memorandum opinion, Defendants' motion (docket no. 44) is hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to Defendants and to all counsel of record.

Entered this __4th__ day of June, 2012.

                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE